No. 196. BANK OF COMMERCE, PLAINTIFF IN ERROR, *v.* CHARLES S. WILTSIE, PROSECUTING ATTORNEY. Error to the Supreme

Court of the State of Indiana. Argued March 10, 11, 1903. Decided March 16, 1903. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Erie Railroad Company* v. *Purdy*, 185 U. S. 148; *Mallett* v. *North Carolina*, 181 U. S. 592; *Mutual Life Insurance Company* v. *McGrew*, 188 U. S. 291; and cases cited. See 153 Indiana, 460–474. *Mr. Augustin Boice* for plaintiff in error. *Mr. Merrill Moores*, *Mr. W. L. Taylor* and *Mr. C. C. Hadley* for defendant in error.